**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of Georgia**

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Neyows of Atlanta, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | NEW ORLEANS CREOLE CUISINE |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-2395554 |

4. **Debtor's address**

**Principal place of business**

208 Fox Creek Dr.
Number    Street

Dallas         GA    30157
City           State  ZIP Code

Paulding County
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City         State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City         State    ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor __Neyows of Atlanta, LLC_____     Case number (if known)_____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   __2511____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____ Relationship _____
           District _____ When _____
                                                          MM / DD / YYYY
           Case number, if known _____

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **2**

Debtor __Neyows of Atlanta, LLC_____    Case number (if known)_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                              Number         Street<br>_____<br>_____<br>City                                                      State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>   Contact name  _____<br>   Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000           ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor __Neyows of Atlanta, LLC_____     Case number (if known)_____
          Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/22/2023
             MM / DD / YYYY

✘ /s/ Tre Pierre_____     Tre Pierre_____
Signature of authorized representative of debtor     Printed name

Title  Ceo_____

### 18. Signature of attorney

✘ /s/ William Rountree_____     Date  06/22/2023
Signature of attorney for debtor                                          MM / DD / YYYY

William Rountree_____
Printed name

Rountree, Leitman, Klein & Geer, LLC_____
Firm name

2987 Clairmont Road Suite 350_____
Number     Street

Atlanta_____     GA_____     30329_____
City                                            State           ZIP Code

404-584-1238_____     wrountree@rlkglaw.com_____
Contact phone                                    Email address

616503_____     GA_____
Bar number                           State

159 Lofts LLC
1876 Independence Square
Unit A
Dunwoody, GA 30338

ATLANTA DEVELOPMENTAL AUTHORITY INVEST
ATLANTA
133 PEACHTREE ST NE
STE2900
ATLANTA, GA 30303

AutoChlorLLC
3055 Commerce way
Hapeville, GA 30354

Beverage Control
5215 S Royal Atlanta Dr
Tucker , GA 30084

Cintas
6030 Lagrange Blvd Sw
Atlanta, GA 30336

CLICK LEASE
1182 W 2499 ST
A
WEST VALLEY CITY, UT 84119

CREDIT KEY
145 S FAIRFAX AVE
2ND FLOOR
LOS ANGELES, CA 90036

ELEVATE FUNDING
5200  NW 43 ST STREET
102
GAINESVILLE, FL 32606

FAST  SIGNS
141 NORTH AVENUE NE
ATLANTA, GA 30308

Georgia Department of Labor
148 Andrew Young Int'l Blvd NE
Atlanta, GA 30303

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Inland seafood
1651 Montreal Circle
Tucker, GA 30084

Internal Revenue Office
401 West Peachtree St SW
Stop 668 D Room 900
Atlanta, GA 30308

Internal Revenue Service
PO BOX 7346
PH
Philadelphia, PA 19101

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

NEYOWS CREOLE CAFE/  KEAN MILLER
909 POYDRAS STREET
3600
NEW ORLEANS, LA 70112

Performance Foods
3501 OLD OAKWOOD RD
OAKWOOD, GA 30566

PROSPERERIUM CAPITAL C/OPCP MANAGEMENT
CORP
15 WEST 36TH
11TH FLOOR
NEW YORK, NY 10018

SYSCO FOODS
2225 RIVERDALE RD
COLLEGE, GA 30337

US FOODS
6685 CRESCENT DR
NORCROSS, GA 30071

WEB BANK C/O TOAST CAPITAL
401 Park Drive
801
BOSTON, MA 02215

Case 23-40906-bem    Doc 1    Filed 06/22/23    Entered 06/22/23 16:45:34    Desc Main
Document      Page 6 of 9

United States Bankruptcy Court

Northern District of Georgia

In re: Neyows of Atlanta, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/22/2023

/s/ Tre Pierre
Signature of Individual signing on behalf of debtor

Ceo
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Neyows of Atlanta, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Georgia Department of Revenue<br>1800 Century Center Blvd<br>Suite 9100<br>Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 62,500.00 |
| 2 | WEB BANK C/O TOAST CAPITAL<br>401 Park Drive<br>801<br>BOSTON, MA, 02215 | | Unsecured Loan Repayments | | | | 57,446.00 |
| 3 | 159 Lofts LLC<br>1876 Independence Square<br>Unit A<br>Dunwoody, GA, 30338 | | Lease payment | | | | 48,834.00 |
| 4 | ELEVATE FUNDING<br>5200 NW 43 ST STREET<br>102<br>GAINESVILLE, FL, 32606 | | Unsecured Loan Repayments | | | | 31,899.00 |
| 5 | Internal Revenue Office<br>401 West Peachtree St SW<br>Stop 668 D Room 900<br>Atlanta, GA, 30308 | | Taxes & Other Government Units | | | | 24,541.00 |
| 6 | SYSCO FOODS<br>2225 RIVERDALE RD<br>COLLEGE, GA, 30337 | | Suppliers or Vendors | | | | 19,143.55 |
| 7 | PROSPERERIUM CAPITAL C/OPCP MANAGEMENT CORP<br>15 WEST 36TH<br>11TH FLOOR<br>NEW YORK, NY, 10018 | | Unsecured Loan Repayments | | | | 15,500.00 |
| 8 | CLICK LEASE<br>1182 W 2499 ST<br>A<br>WEST VALLEY CITY, UT, 84119 | | Unsecured Loan Repayments | | | | 11,500.00 |

Debtor: Neyows of Atlanta, LLC

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Performance Foods<br>3501 OLD OAKWOOD RD<br>OAKWOOD, GA, 30566 | | Credit Card Debt | | | | 11,000.00 |
| 10 | CREDIT KEY<br>145 S FAIRFAX AVE<br>2ND FLOOR<br>LOS ANGELES, CA, 90036 | | Unsecured Loan Repayments | | | | 5,499.77 |
| 11 | Cintas<br>6030 Lagrange Blvd Sw<br>Atlanta, GA, 30336 | | Suppliers or Vendors | | | | 5,200.00 |
| 12 | Inland seafood<br>1651 Montreal Circle<br>Tucker, GA, 30084 | | Suppliers or Vendors | | | | 4,845.99 |
| 13 | AutoChlorLLC<br>3055 Commerce way<br>Hapeville, GA, 30354 | | Suppliers or Vendors | | | | 3,125.00 |
| 14 | Beverage Control<br>5215 S Royal Atlanta Dr<br>Tucker, GA, 30084 | | Suppliers or Vendors | | | | 1,500.00 |
| 15 | FAST SIGNS<br>141 NORTH AVENUE NE<br>ATLANTA, GA, 30308 | | Services | | | | 1,355.41 |
| 16 | NEYOWS CREOLE CAFE/ KEAN MILLER<br>909 POYDRAS STREET<br>3600<br>NEW ORLEANS, LA, 70112 | | Judgment Liens | | | | 0.00 |
| 17 | Georgia Department of Labor<br>148 Andrew Young Int'l Blvd NE<br>Atlanta, GA, 30303 | | Taxes & Other Government Units | | | | 0.00 |
| 18 | Internal Revenue Service<br>PO BOX 7346<br>PH<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 0.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2